Alabama denied. *G. Ernest Jones* for petitioner. *William N. McQueen,* Attorney General of Alabama, and *John O. Harris,* Assistant Attorney General, for respondent.

No. 700. BORG-WARNER CORP. ET AL. *v.* GOODWIN ET AL. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Max W. Zabel, Edward C. Gritzbaugh* and *Benton Baker* for petitioners. *Raymond L. Greist* for respondents.

No. 702. JOHNSON *v.* FLORIDA. January 6, 1947. Petition for writ of certiorari to the Supreme Court of Florida denied. *W. D. Bell* for petitioner. *J. Tom Watson,* Attorney General of Florida, for respondent.

No. 710. SCHWARZ ET AL. *v.* TOWNSHIP COMMITTEE OF MAPLEWOOD ET AL. January 6, 1947. Petition for writ of certiorari to the Supreme Court of New Jersey denied. *Adrian M. Unger* for petitioners. *Harry V. Osborne, Jr.* for respondents.

No. 712. CASSMAN, RECEIVER, *v.* KURZROCK ET AL. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Samuel Miles Fink* for petitioner. *George Furst* and *Samuel M. Hollander* for respondents.